```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
DERRICK INGRAM,

                Plaintiff,                    ORDER

         - against -                      21 Civ. 9050 (NRB)

CITY OF NEW YORK, DESIRAE
LAFURNO, ROBERT TOWNSEND, PETER
ELLISON, GUSTAVO PAUL, ANDREW
SMITH, MICHAEL CAFERO, and
MICHAEL KLETZEL,

                Defendants.

-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** plaintiff Derrick Ingram commenced this case on November 3, 2021, ECF No. 1, and filed an Amended Complaint on February 9, 2024, ECF No. 82; and

**WHEREAS** on November 21, 2024, plaintiff's counsel filed a Motion to Withdraw, ECF No. 91, and an accompanying Declaration, ECF No. 92; and

**WHEREAS** on November 25, 2024, this Court ordered plaintiff to show cause in writing as to why an order should not be issued permitting his counsel to withdraw, ECF No. 93; and

**WHEREAS** plaintiff did not file any response to this Order; and

**WHEREAS** on January 3, 2025, this Court granted plaintiff's counsel's Motion to Withdraw and stayed proceedings for 60 days,

advising plaintiff that if he did not retain new counsel or inform the Court in writing that he would proceed pro se, this action would be dismissed for lack of prosecution, ECF No. 95; and

**WHEREAS** plaintiff's former counsel filed an affidavit confirming service of this Order on plaintiff by email and mail, ECF No. 96; and

**WHEREAS** no new counsel for plaintiff has filed a notice of appearance in this action; and

**WHEREAS** plaintiff did not file any response to this Order; and

**WHEREAS** dismissal for failure to prosecute is authorized by Fed. R. Civ. P. 41(b); it is hereby

**ORDERED** that plaintiff's complaint is dismissed with prejudice; and it is further

**ORDERED** that the Clerk of Court is respectfully directed to terminate all open motions and to close this case.

Dated:   New York, New York
         April 3, 2025

                                                    _____
                                                    NAOMI REICE BUCHWALD
                                                    UNITED STATES DISTRICT JUDGE